

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 21 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:17 CR26HSO-JCG

OTIS KINTA PITTMAN and           18 U.S.C. § 924(a)(1)(A)
STEVEN LAMONT MCKINNEY           18 U.S.C. § 922(g)(3)
                                 18 U.S.C. § 922(j)

**The Grand Jury charges**:

COUNT 1

On or about August 24, 2013, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **OTIS KINTA PITTMAN**, knowingly made a false written statement and representation to Dad's Super Pawn, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dad's Super Pawn, in that the defendant did execute a Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, to the effect that he was not an unlawful user of, or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact, the defendant was an unlawful user of marijuana.

In violation of Section 924(a)(1)(A), Title 18, United States Code.

COUNT 2

On or about September 20, 2013, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **OTIS KINTA PITTMAN**, knowingly made a false written statement and representation to Academy Sports & Outdoors, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Academy

Sports & Outdoors, in that the defendant did execute a Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, to the effect that he was not an unlawful user of, or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact, the defendant was an unlawful user or marijuana.

In violation of Section 924(a)(1)(A), Title 18, United States Code.

## COUNT 3

That on or about March 3, 2015, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **OTIS KINTA PITTMAN**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce a firearm, which had been transported in interstate commerce.

In violation of Sections 922(g)(3) and 924(a)(2), Title 18, United States Code.

## COUNT 4

That on or about March 3, 2015, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVEN LAMONT MCKINNEY**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce a firearm, which had been transported in interstate commerce.

In violation of Sections 922(g)(3) and 924(a)(2), Title 18, United States Code.

## COUNT 5

That on or about March 3, 2015, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **OTIS KINTA PITTMAN**, knowingly possessed a stolen firearm which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Sections 922(j) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

> **One (1) North American Arms, Model NAA22, .22 caliber revolver, serial number R3092 and any ammunition.**
>
> **One (1) Harrington & Richardson, Model 929, .22 caliber revolver, serial number AD46468 and any ammunition.**
>
> **One (1) Remington Arms Company, Model 870, .20 gauge shotgun, serial number A864548U and any ammunition.**
>
> **One (1) Marlin, Model 30, .30-30 rifle, serial number 23031857 and any ammunition.**
>
> **One (1) Winchester, Model 1200, 12 gauge shotgun, serial number 301220 and any ammunition.**
>
> **One (1) Beretta, Model PX4 Storm, 9mm pistol, serial number PZ5311B and any ammunition.**
>
> **One (1) Liberty, Model 3, .325 Caliber revolver, serial number 49044 and any ammunition.**
>
> **One (1) FIE, Model Titan, .25 caliber revolver, serial number D940682 and any ammunition.**
>
> **One (1) Lorcin, Model L380, 380 caliber, serial number 188086 and any ammunition.**

One (1) Remington Arms Company, Model 870, .12 gauge shotgun, serial number AB829834M and any ammunition.

One (1) Harrington & Richardson, Model 1871 Buffalo Classic, 45-70 caliber rifle, serial number HX200371 and any ammunition.

One (1) Mossberg, Model 500A, 12 gauge shotgun, serial number P310532 and any ammunition.

One (1) Beretta, Model 92FS, 9mm pistol, serial number BER181453 and any ammunition.

One (1) Mossberg, Model 100 ATL White Lightening, 270 caliber rifle, serial number BA179126 and any ammunition.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

_____
HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
s/Signature Redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21st day of MARCH, 2017.

_____
UNITED STATES MAGISTRATE JUDGE