IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                          **CRIMINAL NO. 1:17cr26-HSO-JCG-2**

**STEVEN LAMONT MCKINNEY**

### ORDER DENYING DEFENDANT STEVEN LAMONT MCKINNEY'S MOTION TO SUPPRESS AND DISMISS [38]

For the reasons stated on the record at the hearing held June 19, 2017, the Court is of the opinion, and finds by a preponderance of the evidence, that the challenged search did not violate Defendant's Fourth Amendment rights, that Defendant knowingly and voluntarily waived his *Miranda* rights, and that 18 U.S.C. § 922(g)(3) is not unconstitutionally vague as applied to Defendant, therefore Defendant Steven Lamont McKinney's Motion to Suppress and Dismiss [38] filed on April 21, 2017, is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE